# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 471 |
| | : | |
| AMENDMENT OF RULE 704 | : | JUDICIAL ADMINISTRATION DOCKET |
| OF THE RULES OF JUDICIAL | : | |
| ADMINISTRATION | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2016, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 704 of the Rules of Judicial Administration is amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa. R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

    This Order shall be processed in accordance with Pa. R.J.A. No. 103(b), and the amendments herein shall be effective immediately.

Additions are bolded and are underlined. Deletions are bolded and are bracketed.